## DECLARATION

This affidavit is submitted in support of a complaint for forfeiture of $105,480.00 in United States Currency.

I, Jason Leichtman, Sergeant of the Maryland State Police, submit that there are sufficient facts to support a reasonable belief that the $105,480.00 in United States Currency constitutes: (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841. Thus, the $105,480.00 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

a.    On January 5, 2013, Trooper (Tpr.) Madden, of the Maryland State Police, Golden Ring Barrack, stopped a 1997 Lexus ES300, with Texas registration DC2T737 (the "vehicle") for a speeding violation, in Baltimore County, Maryland. Paulton Anthony Rose ("Rose") was identified as the driver and sole occupant.

b.    The vehicle is registered to Paulton Anthony Rose.

c.    Tpr. Madden observed multiple air fresheners throughout the vehicle and noted that there was no visible luggage.

d.    When Rose retrieved his wallet, Tpr. Madden observed a large amount of U.S. Currency in the billfold.

e.    When Tpr. Madden questioned Rose about his travel plans, Rose stated that he was traveling from Texas to the Bronx, New York to visit family. When asked where his luggage was, Rose stated he had a bag in the trunk.

f.    Tpr. Boyce arrived on the scene to assist, and spoke with Rose. Rose told Tpr. Boyce that he was traveling to New York from Baltimore, where he had met his brother.

g.    Officer Sterling, who operates a K-9 unit with the Baltimore County Police Department, arrived on the scene to assist.

h.    Prior to conducting a search of the Lexus, Tpr. Madden asked Rose if there was anything illegal in the vehicle. Rose stated that there was a bag in the trunk with some money in it. When asked how much, Rose stated $104,000.00.

i.    While the K-9 scan was being conducted, Tpr. Madden asked Rose who he was visiting in Baltimore, and Rose stated he was visiting a friend, which was inconsistent with his previous statement that he was visiting his brother in Baltimore.

j.    Officer Sterling conducted a K-9 scan on the exterior of the vehicle and the K-9 alerted positively for the presence of a controlled dangerous substance.

k.    Tpr. Madden and Tpr. Mills conducted a probable cause search of the vehicle.

l.    Tpr. Madden searched the trunk of the vehicle and located a red duffle bag which contained three (3) white t-shirts folded on top. Underneath the t-shirts, Tpr. Madden located a white, yellow and black plastic shopping bag containing two (2) green cellophane wrapped packages containing U.S. Currency.

m.    Tpr. Madden spoke with Rose about the money. Rose stated that the money had come from a courier business, transporting furniture. Tpr. Madden asked Rose if he always packages money the way it was packaged in the duffle bag, and Rose stated that he did. Rose stated that he kept his money at his home because he has had problems with Bank of America.

n.    Rose stated that he would produce 1099 documentation to prove ownership of the money.

o.   Tpr. Mills located a marijuana seed in the sunglass compartment, near the rearview mirror.

p.   Rose was arrested for Possession of Marijuana.

q.   When Tpr. Madden advised Rose that the money was being seized, and advised him that he could respond to the barrack to obtain a receipt, Rose did not seem interested in obtaining a receipt for the money.

r.   A search of Rose's person revealed $1,460.00 in U.S. Currency in his wallet.

s.   Trooper First Class (TFC) Zinn conducted a K-9 scan on the money and the K-9 alerted positively for the presence of a controlled dangerous substance.

t.   The money from the duffle bag was counted and the total amount seized from the duffle bag and Rose's person was $105,480.00

u.   TFC McNeely spoke with Rose about the money. Rose advised that he was instructed by an unknown female in Queens, NY, to travel to Baltimore, MD to take possession of a package. Rose denied that he would be transporting another package from New York City to Baltimore, MD.

v.   Rose stated that he met a male, known only as "John", at a Starbucks shortly prior to the traffic stop. Rose stated that he received the red duffle bag containing the U.S. Currency.

w.   Rose stated that this was the first time he participated in this type of service. Rose stated that the U.S. Currency located in the trunk was not his.

x.   A criminal history check was conducted on Rose. Rose has one (1) prior arrest and conviction through Texas, but it was not drug-related.

y. A check for wages and employment was conducted for Rose, through all fifty (50) states. Rose reported earnings totaling $8,141.00 in the first three (3) quarters of 2012 and $337.89 in the 4th quarter of 2011.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746 THAT THE FACTS SUBMITTED BY THE MARYLAND STATE POLICE, IN REFERENCE TO THE SEIZURE OF $105,480.00 U.S. CURRENCY FROM PAULTON ANTHONY ROSE ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Jason Leichtman
Sergeant
Maryland State Police